Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

_____

Case No.:  14–27380–GMB
Chapter:  13
Judge:  Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Aishah Chunn
   425 Trenton Avenue
   Camden, NJ 08103

Social Security No.:
   xxx–xx–1468

Employer's Tax I.D. No.:

_____

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                10/15/14
Time:                10:00 AM
Location:            4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 25, 2014
JJW: bed

                    James J. Waldron
                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-27380-GMB
Aishah Chunn                                                              Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: bdrayton          Page 1 of 1          Date Rcvd: Aug 25, 2014
                             Form ID: 132            Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2014.
db          +Aishah Chunn,    425 Trenton Avenue,    Camden, NJ 08103-1535
515007024  #+ARS,   1801 NW 66th Ave., Ste. 200C,    Plantation, FL 33313-4571
515007026   +City Select Auto,    4375 Route 130 South,    Burlington, NJ 08016-2249
515007028    Comcast Cable,    PO Box 3005,    Southeastern, PA  19398-3005
515007029   +Eastern Account System,    75 Glen Road, Ste. 110,    Sandy Hook, CT 06482-1175
515007030   +Emergency Phy Assoc Of S. Jersey, PC,    2620 Ridgewood Rd, Ste. 300,    Akron, OH 44313-3500
515007031   +Macys,   Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
515007037    PSE&G,   PO Box 14444,    New Brunswick, NJ  08906-4444
515007035   +Pine Valley Motors,    244 White Pike,    Berlin, NJ  08009
515007036   +Progressive Insurance Company,    PO Box 31260,    Tampa, FL 33631-3260
515007039   +Stephon Moore,    443 Haddon Avenue,    Camden, NJ 08103-1562
515007042    Verizon,   PO Box 4830,    Trenton, NJ  08650-4830
515007041   +Verizon,    500 Technology Drive, Ste. 550,    Weldon Spring, MO 63304-2225
515007043    Virtua West Jersey Health Systems, Inc.,    Mount Ephraim Avenue and Atlantic Avenue,
             Camden, NJ  08104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: leah.bynon@usdoj.gov Aug 25 2014 22:44:02     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2523
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 25 2014 22:44:00     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
515007025   +E-mail/Text: ebn@unique-mgmt.com Aug 25 2014 22:44:34     Camden County Library,
             C/O Unique National Collection,    119 E. Maple St,    Jeffersonville, IN 47130-3439
515007027   +E-mail/Text: ned_fre-bankruptcies@cable.comcast.com Aug 25 2014 22:44:38     Comcast Cable,
             1 Comcast Ctr,   Philadelphia, PA 19103-2899
515007032   +E-mail/Text: bankruptcydpt@mcmcg.com Aug 25 2014 22:43:59     Midland Funding, LLC,
             8875 Aero Dr., Ste. 200,    San Diego, CA 92123-2255
515007033   +E-mail/Text: bankruptcydepartment@ncogroup.com Aug 25 2014 22:44:17     NCO Credit Services/51,
             507 Prudential Road,    Horsham, PA 19044-2308
515007034   +E-mail/Text: ebn@vativrecovery.com Aug 25 2014 22:43:45     Palisades Collection, LLC,
             210 Sylvan Ave, #1,    Englewood Cliffs, NJ 07632-2510
515007038    E-mail/PDF: pa_dc_claims@navient.com Aug 25 2014 22:49:04     Sallie Mae, Inc.,    PO Box 9635,
             Wilkes-Barre, PA  18773-9635
515007040   +E-mail/Text: bankruptcydpt@mcmcg.com Aug 25 2014 22:43:59     T Mobile,
             C/O Midland Funding, LLC,    8875 Aero Drive, Ste. 200,    San Diego, CA 92123-2255
                                                                                    TOTAL: 9

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2014                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2014 at the address(es) listed below:
        Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
        Mark W. Ford    on behalf of Debtor Aishah  Chunn markfordlaw@juno.com,
        dsorbello@MarkFordLaw.comcastbiz.net
                                                                            TOTAL: 2