Order Filed on
9/9/2014
by Clerk U.S. Bankruptcy
Court District of New Jersey

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811<br>856-456-8558 (Fax)<br>Attorney for the debtor | |
|---|---|
| In Re:<br><br>Aishah Chunn | Case Number:   14-27380 (GMB)<br><br>Hearing Date:   September 30, 2014<br><br>Judge:    Gloria M. Burns<br><br>Chapter:           13 |

Recommended Local Form:     ☒  Followed     ☐  Modified

**ORDER TO HOLD PINE VALLEY AUTO SALES IN
CONTEMPT FOR VIOLATION OF THE BANKRUPTCY STAY**

   The relief set forth on the following pages numbered two (2) through two (2) is hereby ORDERED;

**DATED: 9/9/2014**

_____
Gloria M. Burns, Chief Judge
United States Bankruptcy Court Judge

This matter having come before the Court upon motion by Mark W. Ford, Esq., attorney for the debtor, Aishah Chunn and the Court having considered the arguments of counsel and any opposition thereto; and for good cause shown;

IT IS ORDERED that Pine Valley Auto Sales is hereby compelled to return the 2007 Chevrolet Impala to the debtor.

IT IS FURTHER ORDERED that Pine Valley Auto Sales is held in contempt for violation of the bankruptcy and are hereby assessed attorney's fees and costs in the amount of $400.00 to be paid to debtor's counsel within 14 days.

*Approved by Judge Gloria M. Burns September 09, 2014*