Your Honor Gloria M. Burns,

    This letter is for reconsiferation of case no. 14-27380. I Anthony Pinto of Pine Valley Motors, INC. have been in communication with the Debtor Aishah Chunn and her attorney's office Mark W. Ford, LLC. Since the bankrupcty was opened we have not once been served directly from the United States Bankruptcy Court District of New Jersey via fax or mail. All correspondence has been sent to us directly from Mark W. Ford's office. Once we became aware also via Mark W. Ford of a motion filed against us for not releasing the debtors vehicle which was repossessed prior to the bankrupcty we filed a objection to the motion the day before an accerlated hearing date. The bankruptcy clerk that day informed me to come to court on 9/30/14 verbally and also written. This was the only direct correspondence Pine Valley Motors has recieved from the Bankruptcy court and thats what i followed to find out the next day there was a hearing and was ruled in the Debtors favor. Although the paperwork sent to us via Mark W. Ford says we will or have been notified by the Courts via fax or mail we still have received zero mail or fax from the Courts.

    We now are told via Mark W. Ford that we are in debt to their office $400 for their filing fees for the motion and are being threaten with another motion. We would like to be reconsidered; to be waived of these fees because of never being served by the courts and also because of inadequate protection from the bankruptcy plan for the debtors debt to us.

I thank you for your time,

                      Anthony Pinto

General Manager, Pine Valley Motors, INC

PH: 856-767-3322

1

Fax: 856-753-2557

Address: 244 w White Horse Pike Berlin Nj 08009